```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23279
   KUMONINA JOHNSON
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3493


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/11/07 and confirmed on 04/10/08.

    2.  The case was dismissed after confirmation, 10/03/2008.

    3.  The Debtor paid a total of $    2600.00 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG           .00             .00             .00
CHASE HOME FINANCE         MORTGAGE ARRE        149.20             .00          149.20
ALLIED INTERSTATE          UNSECURED        NOT FILED             .00             .00
ASSET ACCEPTANCE CORP      UNSECURED           139.60             .00             .00
CAPITAL ONE BANK           UNSECURED           738.80             .00             .00
CAPITAL ONE BANK           UNSECURED           732.56             .00             .00
CERTEGY CHECK SERVICES     UNSECURED        NOT FILED             .00             .00
COLLECTION CO OF AMERICA   UNSECURED        NOT FILED             .00             .00
COMED                      UNSECURED            94.93             .00             .00
PREMIER BANKCARD/CHARTER   UNSECURED           456.05             .00             .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED             .00             .00
HONOR FINANCE              SECURED VEHIC          .00             .00             .00
IC SYSTEM                  UNSECURED        NOT FILED             .00             .00
NICOR GAS                  UNSECURED        NOT FILED             .00             .00
SBC AMERITECH              UNSECURED        NOT FILED             .00             .00
SKY RECOVERY SERVICES      UNSECURED        NOT FILED             .00             .00
CITIFINANCIAL AUTO         UNSECURED        NOT FILED             .00             .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   149.20        .00      2161.94         .00       2311.14
PRINCIPAL PAID       149.20        .00          .00         .00        149.20
INTEREST PAID           .00        .00          .00         .00           .00
TOTAL PAID           149.20        .00          .00         .00        149.20
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $    3500.00
and was paid $   1200.00  direct and $   2300.00  through the plan.

The Trustee received $    150.80 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                           /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 07 B 23279 KUMONINA JOHNSON